# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SHAWN KISTLER, Individually and for Others Similarly Situated;** | |
| **Plaintiff,** | **8:25CV42** |
| vs. | **ORDER** |
| **BUCKSKIN MINING COMPANY,** | |
| **Defendant.** | |

This matter is before the Court following a status conference held by telephone with counsel for the parties on August 20, 2025. Counsel for the parties have advised the court that mediation has been scheduled for November 4-5, 2025, with Ann Marie Estevez, at Morgan, Lewis & Bockius, LLP, in Miami, Florida. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

**2.** On or before **November 17, 2025**, the parties shall notify the Court regarding the outcome of mediation.

3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 20th day of August, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge