IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN KISTLER, Individually and for Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>BUCKSKIN MINING COMPANY,<br><br>Defendant. | **8:25CV42**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation of Dismissal without Prejudice (Filing No. 35).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice with each party to bear its own costs and attorneys' fees.

Dated this 8th day of April, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge